**No. 49361.**—Protest 74228–K of Advance Solvents & Chemical Corp. (New York).

Opinion by KEEFE, J. The only question at issue appeared to be whether notice of intent to export the drums had been filed. It was fully established that the drums had been previously exported from the United States and at the time of exportation notice of intent had been filed for each of the drums. The collector was therefore directed to reliquidate the entry and make refund of duties taken on the 12 drums.

**No. 49362.**—Protests 107616–K, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49363.**—Protests 8470–K, etc., of Alpha Distributing Co. et al. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 21, 1944

**No. 49364.**—Protests 107197–K, etc., of R. Neumann & Co. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the hides in question are the same in all material respects as those the subject of *Rice v. United States* (11 Cust. Ct. 118, C. D. 807), the record in which was incorporated herein, and in view of said trade agreement, certain of the hides in question were held dutiable as claimed.